UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61168-CIV-DIMITROULEAS/ROSENBAUM

ALBERT PACITTI,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION FOR REMAND AND ENTRY OF JUDGMENT

This matter is before the Court on Defendant's Motion to Remand [D.E. 15] and Defendant's Memorandum In Support of Defendant's Motion for Remand [D.E. 16]. This case was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the United States District Court for the Southern District of Florida. [D.E. 4].

On August 17, 2007, Plaintiff filed a Complaint seeking review of the final decision of the Commissioner of Social Security, denying benefits under the Social Security Act by an Administrative Law Judge ("ALJ") of the Office of Hearings and Appeals. [D.E. 1]. Defendant, the Commissioner of Social Security ("the Commissioner"), filed an Answer to the Complaint on February 5, 2008. [D.E.10] as well as the Transcript of the proceedings below. [D.E. 11]. Thereafter, Plaintiff filed his Motion for Summary Judgment [D.E. 13]. In response to Plaintiff's Motion for Summary Judgment, Defendant filed the pending Motion to Remand [D.E. 15] and Defendant's Memorandum In Support of Defendant's Motion for Remand [D.E. 16].

The Commissioner is dutifully requesting a remand based upon the request of Agency

counsel for the Appeals Council to accept remand voluntarily for further consideration of the case. The Appeals Council determined, after review, that a remand for further administrative proceedings is appropriate.

The Commissioner, therefore, requests that the Court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the ALJ and remanding this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff does not object to the Motion to Remand and, furthermore, the Appeals Council has agreed to reconsider the Commissioner's underlying decision.

Accordingly, having considered the record in this case and being fully advised in the premises, the undersigned hereby **RECOMMENDS**:

1. That Defendant's Motion to Remand [D.E. 15] be **GRANTED**;

2. That a Final Judgment be entered in favor of Plaintiff, under Fed. R. Civ. P. 58, **REVERSING AND REMANDING** the decision of the Commissioner pursuant to 42 U.S.C. § 405(g), and directing the Commissioner to rehear this matter and conduct further proceedings in accordance with the Judgment as follows:

   A. The ALJ will be directed to obtain updated mental and physical consultative examinations;

   B. The ALJ will more fully discuss the physical and mental evidence, consider and discuss the relevant credibility factors in relation to the evidence and provide specific reasons if he finds that Plaintiff's allegations of disability are not credible;

   C. The ALJ will more fully develop and discuss the finding with regard to

      Plaintiff's residual functional capacity, including evidence to support the finding; and

  D. The ALJ will be directed to more fully question a vocational expert by posing a clear and complete hypothetical question, and set forth specific jobs, if any, that Plaintiff can perform given his age, education, past work experience, and residual functional capacity.

  3. Pursuant to Local Magistrate Rule 4(b), the parties have ten (10) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable William P. Dimitrouleas, United States District Judge.  Failure to file objections timely shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the report and bar the parties from attacking on appeal the factual findings contained herein.  *R.T.C. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988); *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (en banc); 28 U.S.C. § 636(b)(1).[1]

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of March, 2008.

                 _____
                  ROBIN S. ROSENBAUM
                  United States Magistrate Judge

---

[1] Pursuant to *Stein v. Reynolds Secs., Inc.*, 667 F.2d 33, 34 (11th Cir. 1982), all cases of the Fifth Circuit Unit B are binding precedent in th Eleventh Circuit.

cc: Honorable William P. Dimitrouleas
　　 Counsel of Record