UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61168-CIV-DIMITROULEAS

ALBERT PACITTI,

Magistrate Judge Rosenbaum

       Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

## ORDER OF REMAND AND FINAL JUDGMENT

THIS CAUSE is before the Court upon the Defendant's Motion to Remand [DE 15], and

the Report and Recommendation [DE 18] of Magistrate Judge Robin S. Rosenbaum, dated

March 28, 2008. The Commissioner seeks a remand under sentence four of 42 U.S.C. § 405(g).

The Court notes that the Plaintiff does not oppose a remand.  This Court agrees with the

reasoning and analysis of the Magistrate Judge that good cause exists for a remand.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Magistrate Judge's Report and Recommendation [DE 18] is hereby **ADOPTED**;

2.      Defendant's Motion to Remand, [DE 15], is hereby **GRANTED**;

3.      This cause is hereby **REVERSED AND REMANDED** under sentence four of 42 U.S.C.

      § 405(g) to the Commissioner to conduct further proceedings as follows:

      A.      The ALJ will be directed to obtain updated mental and physical consultative
            examinations.

      B.      The ALJ will more fully discuss the physical and mental evidence, consider and
            discuss the relevant credibility factors in relation to the evidence and provide
            specific reasons if he finds that Plaintiff's allegations of disability are not credible.

     C.      The ALJ will more fully develop and discuss the finding with regard to Plaintiff's residual functional capacity, including evidence to support the finding; and

     D.      The ALJ will be directed to more fully question a vocational expert by posing a clear and complete hypothetical question, and set forth specific jobs, if any, that Plaintiff can perform given his age, education, past work experience, and residual functional capacity.

4.      The Court hereby enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

5.      The clerk shall close this case.

6.      All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers in Broward County, Fort Lauderdale, Florida this 3rd day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Magistrate Judge Rosenbaum
Bernard J. Levy, Esq.
Stefanie C. Moon, Esq.